IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARTHUR JAMES GRIFFIN JR., <br><br> Petitioner, <br><br> vs. <br><br> MICHEAL MYERS, <br><br> Respondent. | 8:21CV314 <br><br> MEMORANDUM AND ORDER |

The petitioner has not paid the filing fee or submitted a motion to proceed in forma pauperis by the due date, September 20, 2021. Petitioner's correspondence (filing 6) submitted on August 30, 2021, is non-responsive and does not comply with the terms of 28 U.S.C. § 1915, the statute authorizing proceedings in forma pauperis. *See* 28 U.S.C. § 1915(a)(1) (requiring submission of "an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor"). Accordingly,

IT IS ORDERED that the Petition for Writ of Habeas Corpus (filing 1) is denied and dismissed without prejudice. No certificate of appealability will be issued.

Dated this 28th day of September, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge